UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
EDWIN HIDALGO ESTEVEZ,

                    Plaintiff,         **ORDER**

           - against -       24-cv-7165 (NRB)

CITY OF NEW YORK; DANIEL FOX; JORGE
RODRIGUEZ; ROBERT LAPOLLO; DAVID WALSH;
BRADFORD MILLER; JOHN McMANUS; and OLIVER
PU-FOLKS,

                  Defendants.
-----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On December 8, 2025, the State Defendants[1] submitted a letter seeking to dismiss the complaint for failure to prosecute or, in the alternative, for a 60-day extension for the sole purpose of taking plaintiff's deposition.  ECF No. 38.  Plaintiff's response offers an explanation for the delay in producing plaintiff for a deposition, namely, a trial commitment and an office staffing issue.  ECF No. 39.  Having reviewed the parties' letters, the State Defendants' motion to dismiss is denied, and alternative relief in the form of an extension of discovery is granted.

More specifically, it is hereby ORDERED that (1) plaintiff's deposition must be completed by February 13, 2026; (2) plaintiff must provide three dates for plaintiff's deposition to defendants'

---

[1]As used herein, "State Defendants" has the same meaning as it is defined in the parties' letters.  ECF Nos. 38-39.

1

counsel within 1 week of this order; (3) any request for post-deposition discovery upon plaintiff must be served by February 20, 2026; and (4) plaintiff may not conduct any additional discovery absent leave from this Court.

Dated:    December 19, 2025
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE